911 P.2d 132

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Chang | 16878 | 11/13/95 | Affirmed |
| Chinen v. Chinen | 16498 | 11/13/95 | Affirmed and Remanded in part |
| Coria v. Wong | 16550 | 1/9/96 | Vacated and Remanded |
| Toguchi v. Kubo | 16003 | 1/31/96 | Affirmed |

| | | | | |
|---|---|---|---|---|
| Bank of Hawaii v. Shaw | 16787 | 1/22/96 | Granted | —— Hawai'i ——, —— P.2d —— |
| Shimote v. Vincent; Vincent v. Fukushima; Fukushima v. Shimote | 16679 | 10/25/95 | Denied | 80 Hawai'i 96, 905 P.2d 71 |
| State v. Medeiros | 17307 | 1/9/96 | Denied | |